UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JORDAN BROWN and CRYSTAL BROWN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CAUSE NO. 1:07-cv-1466-WTL-TAB ) |
| INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT and JEFFREY B. PATTERSON, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

The Court having this day issued its ruling on the Defendants' motion for summary judgment, judgment is hereby **ENTERED** in favor of the Defendants and against the Plaintiffs on the claim pursuant to 42 U.S.C. § 1983 asserted in the Plaintiffs' amended complaint.  In the absence of any remaining federal claim, the Court declines to continue to exercise jurisdiction over the supplemental state law claims set forth in the amended complaint; accordingly, those claims are **ORDERED REMANDED** to the Marion Superior Court.

SO ORDERED:  04/20/2009

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification